# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

UNITED STATES OF AMERICA　　　　:

vs.　　　　　　　　　　　　　　　　: CRIMINAL NO: 17-101-KD-B

SIDEST ROWE　　　　　　　　　　　:

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 17) and without any objection having been filed by the parties, the plea guilty of the Defendant to Counts One and Two of the Indictment is now accepted and the Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **January 26, 2018 at 9:00 a.m.,** in Courtroom 5A of the United States Courthouse, 113 St. Joseph St., Mobile, Alabama 36602, under separate order.

**DONE and ORDERED** this the 6th day of October 2017.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE